Curtis A. Barnum et al., Respondents, *v.* Horace M. Hooker et al., Appellants.

*Barnum* v. *Hooker*, 76 App. Div. 622, appeal dismissed. (Submitted February 9, 1903; decided February 17, 1903.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial

department, entered November 17, 1902, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the action is upon individual undertakings on appeal and the decision of the Appellate Division was unanimous.

*Carlton B. Pierce* for motion.

*Clarence L. Barber* opposed.

Motion granted, with costs in this court.